IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | BKRTCY. NO. 17-03666 MCF |
| LYDIA ORTIZ-ORTIZ | * | CHAPTER 13 |
| DEBTOR | * | |

**DEBTOR'S MOTION AND NOTICE OF FILING OF POST-CONFIRMATION MODIFICATION OF CHAPTER 13 PLAN 11 USC §1329**

**TO THE HONORABLE COURT:**

**COMES NOW, LYDIA ORTIZ-ORTIZ,** the Debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. The debtor is hereby submitting a post-confirmation modification of Chapter 13 Plan, 11 USC Section 1329, dated August 30, 2017, herewith and attached to this motion.

2. This Plan modification is filed to amend the Plan provision for pre-petition arrears owed to Reverse Mortgage Solutions, Inc. (POC #3-1), which is the correct sum of $11,073.05, increase the Plan payment to $263.00 at month 4th of the Plan, with a new Plan base of $15,693.00, in order to cure the objection raised by said secured creditor in its *Objection to Confirmation of Debtor's Chapter 13 Plan*, Docket No. 17, in the above captioned case.

**NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 3015(f)**

Within twenty-one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular mail to the debtor and to all creditors and interested parties appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 30th day of August, 2017.

/s/Roberto Figueroa Carrasquillo
USDC #203614
*RFIGUEROA CARRASQUILLO LAW OFFICE PSC*
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

United States Bankruptcy Court
District of Puerto Rico, San Juan Division

IN RE:                                                      Case No. 3:17-bk-3666

ORTIZ ORTIZ, LYDIA                          Chapter 13
                       Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☐ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: 8/30/2017                          ☐ AMENDED PLAN DATED: _____
☐ PRE ☑ POST-CONFIRMATION             Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| | | | |
|---|---|---|---|
| $ 234.00 x | 3 = $ | 702.00 | |
| $ 263.00 x | 57 = $ | 14,991.00 | |
| $ x | = $ | | |
| $ x | = $ | | |
| $ x | = $ | | |
| TOTAL: $ | | 15,693.00 | |

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ 15,693.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,868.00

Signed: /s/ Lydia O.
         Debtor

         Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR     $ _____

B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:

1. ☑ Trustee pays secured ARREARS:
Cr. **Reverse Mortgage S**    Cr. _____    Cr. _____
# 6951                 # _____       # _____
$ 11,073.05          $ _____       $ _____

2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____    Cr. _____    Cr. _____
# _____       # _____       # _____
$ _____       $ _____       $ _____

3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____    Cr. _____    Cr. _____
# _____       # _____       # _____
$ _____       $ _____       $ _____

4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:

5. ☐ Other:

6. ☑ Debtor otherwise maintains regular payments directly to:
**Reverse Mortgage S**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)

D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                 ☐ Paid 100% / ☐ Other: _____
Cr. _____    Cr. _____    Cr. _____
# _____       # _____       # _____
$ _____       $ _____       $ _____

2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*

Attorney for Debtor **RFigueroa Carrasquillo Law Office PSC**       Phone: **(787) 744-7699**

CHAPTER 13 PAYMENT PLAN

© 2017 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

| Label Matrix for local noticing<br>0104-3<br>Case 17-03666-MCF13<br>District of Puerto Rico<br>Old San Juan<br>Wed Aug 30 13:28:43 AST 2017 | Reverse Mortgage Solutions Inc<br>Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 |
|---|---|---|
| BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN PR 00936-6818 | Claro<br>PO Box 360998<br>San Juan, PR 00936-0998 | Lcda Nicole Marie Cobb Velez<br>GLS Legal Services LLC<br>PO BOX 367308<br>SAN JUAN, PR 00936-7308 |
| Quantum3 Group LLC as agent for<br>CF Medical LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Reverse Mortgage Solutions, Inc<br>14405 Walters Rd Ste 200<br>Houston, TX 77014-1345 | US CUSTOM & BORDER PROTECTION<br>US ATTORNEYS OFFICE<br>350 CHARDON STREET<br>TORRE CHARDON SUITE 1201<br>SAN JUAN, PR 00918 |
| JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 | LYDIA ORTIZ ORTIZ<br>URB VALLE ALTO D8 CALLE C<br>CAYEY, PR 00736-4415 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 |
| ROBERTO FIGUEROA CARRASQUILLO<br>PO BOX 186<br>CAGUAS, PR 00726-0186 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (d)Reverse Mortgage Solutions, Inc.<br>Robertson Anschutz & Schneid, P.L.<br>6409 Congress Ave., Suite 100<br>Boca Raton,, FL 33487-2853 | (d)Reverse Mortgage Solutions, Inc<br>Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Ste 100<br>Boca Raton, FL 33487-2853 | (d)Reverse Mortgage Solutions, Inc.<br>14405 Walters Rd., Suite 200<br>Houston, TX 77014-1345 |
|---|---|---|

End of Label Matrix
Mailable recipients    12
Bypassed recipients     3
Total                  15