**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTO RICO**
**OLD SAN JUAN DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO.: 17-03666-MCF13** |
| **LYDIA ORTIZ ORTIZ,** | **CHAPTER 13** |
| Debtor, | |
| _____/ | 11 USC 362 d(1) d(2) |
| | Relief from stay for cause |

### MOTION REQUESTING CONTINUANCE OF HEARING

TO THE HONORABLE COURT:

COMES NOW secured creditor Reverse Mortgage Funding LLC, hereinafter referred to as (**Movant**), through the undersigned counsel and very respectfully states, alleges and prays as follows:

1. That Movant filed a Motion for Relief from Stay under 362 [e] at docket #41.

2. That this Honorable Court scheduled a Hearing for said motion on 5/12/2020 at 01:30 PM.

3. That the Undersigned respectfully request a continuance of the Hearing in order to allowed the parties additional time to reach an agreement.

4. That Movants waives the 30 day determination period.

**WHEREFORE**, Secured Creditor, prays this Honorable Court enter an order continuing the Hearing scheduled for May 11, 2020.

Robertson, Anschutz & Schneid, PL
Attorney for Secured Creditor
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487
Telephone: (561) 241-6901
Facsimile: (561) 241-1969

By: /s/*Francisco J. Cardona*
Bar Number: 230309
Email: fcardona@rascrane.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on 11th day of May, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF to all participants.

Robertson, Anschutz & Schneid, PL
Attorney for Secured Creditor
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487
Telephone: (561) 241-6901
Facsimile: (561) 241-1969

By: /s/*Francisco J. Cardona*
Francisco J. Cardona, Esquire
Bar Number: 230309
Email: fcardona@rascrane.com