IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF PUERTO RICO

IN RE:

LYDIA ORTIZ ORTIZ

xx-xx-3975

Debtor(s)

CASE NO. 17-03666-MCF13

Chapter 13

FILED & ENTERED ON MAY/11/2020

ORDER & NOTICE

The Motion Requesting Continuance filed by Reverse Mortgage LLC (Docket No. 51) is granted.

The hearing scheduled for May 12, 2020, at 1:30 PM, is hereby cancelled. A Final Hearing is hereby scheduled for August 25, 2020, at 1:30 PM, at the United States Bankruptcy Court, Jose V. Toledo Federal Building and US Courthouse, 300 Recinto Sur Street, Courtroom 3, Third Floor, San Juan, Puerto Rico.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 11 day of May, 2020.

Mildred Caban

Mildred Caban Flores
United States Bankruptcy Judge