IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:** | CASE NO. 17-03666-MCF13 |
| Lydia Ortiz Ortiz, | |
| Aka Lydia Ortiz, | CHAPTER 13 |
| Debtor(s) | |
| -------------------------------------------------------------- | (X) of acts against property under 11 USC § 362 (d) (1) "CAUSE" |
| **Reverse Mortgage Funding LLC** | |
|     Movant | |
| Vs. | |
| LYDIA ORTIZ ORTIZ, | |
| and JOSE RAMON CARRION MORALES | |
| as DEBTOR(S) TRUSTEE | |
| Respondent(s) | |

**NOTICE OF VOLUNTARY WITHDRAWAL**

TO THE HONORABLE COURT:

    Comes now Reverse Mortgage Funding LLC, movant in the instant index proceeding and respectfully alleges and prays as follows:

    1. That the causes which prompted movant's filing of its motion for relief of the automatic stay under section 362 (d) of the United States Bankruptcy Code, 11 U.S.C. section 362 (d) have been cured by the debtor-respondent.

    2. In view of the above and pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure, movant herein voluntarily withdraws its aforementioned motion for relief of the automatic stay.

**CERTIFICATE OF ELECTRONIC FILING AND SERVICE**

    I hereby certify that on this date copy of this motion has been electronically filed with the Clerk of the Court using the CM/ECF system which will sent notification of such filing to debtor(s) attorney and to JOSE RAMON CARRION MORALES, US Chapter 13 Trustee, and also certify that I have mailed by United State Postal Service copy of this motion to the following non CM/ECF participant to debtor(s) at theirs address of record in this case.

    In OLD SAN JUAN, Puerto Rico, on the      day of      , 2020.

    **Robertson, Anschutz & Schneid, P.L**
    Attorney for Finance of America Reverse LLC
    6409 Congress Ave., Suite 100
    Boca Raton, FL 33487
    Tels: 561-241-6901, Fax No. 561-997-6909
    E-mail: fcardona@rascrane.com

    /s/ *Francisco J. Cardona*, USDC PR 230309
    fcardona@rascrane.com