| | |
|---|---|
| Debtor 1 | LYDIA ORTIZ ORTIZ |
| Debtor 2 (Spouse, if filing) | |

United States Bankruptcy Court for the : District of Puerto Rico
(State)

Case number 17-03666-MCF13

# Form 4100R
# Response to Notice of Final Cure

**10/15**

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** Reverse Mortgage Funding LLC       **Court claim no.** (if known): 3-1
**Last 4 digits** of any number you use to identify the debtor's account: 4134

**Property address:**    D8 C ST VALLE ALTO DEV
                Number    Street

                CAYEY , PR 00736
                City                 State      ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

[X]   Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ]   Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:       $_____
.

## Part 3: Postpetition Mortgage

*Check one:*

[ ]   Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

     The next postpetition payment from the debtor(s) is due on:     ____/____/_____
                                                   MM/DD/YYYY

[X]   Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

     Creditor asserts that the total amount remaining unpaid as of the date of this response is:

     a. Total postpetition ongoing payments due:                  (a) $0.00

     b. Total fees, charges, expenses, escrow and costs outstanding:    + (b) $ 1,672.82

     c. Total. Add lines a and b.                                (c) $1,672.82

     Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:            ***NA- This is a Reverse Mortgage
                                           MM/ DD/ YYYY

     ***Debtor owes **$1,672.82** for both tax and insurance disbursement made through 8/11/2017-5/6/2022***

## Part 4:    Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the  debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X]  all payments received;
[X]  all fees, costs, escrow, and expenses assessed to the mortgage; and
[X]  all amounts the creditor contends remain unpaid

## Part 5:    Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box:*

[  ] I am the creditor.
[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X /s/ Francisco Cardona
    Signature

Date {October 25, 2022

Print    /s/ Francisco Cardona

First Name        Middle Name        Last Name

Title Authorized Agent

Company    Robertson, Anschutz, Schneid, Crane & Partners, PLLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    6409 Congress Avenue, Suite 100
           Number            Street

           Boca Raton, FL 33487
           City            State            ZIP Code

Contact    470-321-7112

Email {fcardona@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on _____October 25, 2022_____, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

LYDIA ORTIZ ORTIZ
URB VALLE ALTO D8 CALLE C
CAYEY, PR 00736

And via electronic mail to:

ROBERTO FIGUEROA CARRASQUILLO
PO BOX 186
CAGUAS, PR 00726-0186

JOSE RAMON CARRION MORALES
PO BOX 9023884
SAN JUAN, PR 00902-3884

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST) OCHOA BUILDING 500 TANCA STREET SUITE 301
SAN JUAN, PR 00901

By: /s/ Kenyatta Mclean
Email: Kenmclean@raslg.com

# Balance History

**Loan Number:**
**Investor Loan Number:**
**FHA Case Number:**
**Client Loan Number:**

| Transaction Date | Effective Date | Transaction Code | Scheduled | Unscheduled | Interest | MIP | Servicing Fees | Trans Total | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|
| 10/18/2022 | 10/18/2022 | 92 | $0.00 | $20.00 | $0.00 | $0.00 | $0.00 | $20.00 | $184,821.03 |
| 10/12/2022 | 10/11/2022 | 81 | $0.00 | ($35.80) | $0.00 | $0.00 | $0.00 | ($35.80) | $184,801.03 |
| 09/30/2022 | 09/30/2022 | 101 | $0.00 | $0.00 | $851.90 | $76.60 | $30.00 | $958.50 | $184,836.83 |
| 09/20/2022 | 09/20/2022 | 92 | $0.00 | $20.00 | $0.00 | $0.00 | $0.00 | $20.00 | $183,878.33 |
| 08/31/2022 | 08/31/2022 | 101 | $0.00 | $0.00 | $847.40 | $76.21 | $30.00 | $953.61 | $183,858.33 |
| 08/22/2022 | 08/22/2022 | 92 | $0.00 | $20.00 | $0.00 | $0.00 | $0.00 | $20.00 | $182,904.72 |
| 07/29/2022 | 07/31/2022 | 101 | $0.00 | $0.00 | $842.91 | $75.80 | $30.00 | $948.71 | $182,884.72 |
| 07/18/2022 | 07/18/2022 | 92 | $0.00 | $20.00 | $0.00 | $0.00 | $0.00 | $20.00 | $181,936.01 |
| 06/30/2022 | 06/30/2022 | 101 | $0.00 | $0.00 | $840.81 | $75.60 | $30.00 | $946.41 | $181,916.01 |
| 06/22/2022 | 06/22/2022 | 92 | $0.00 | $20.00 | $0.00 | $0.00 | $0.00 | $20.00 | $180,969.60 |
| 06/17/2022 | 06/16/2022 | 80 | ($83.36) | $0.00 | $0.00 | $0.00 | $0.00 | ($83.36) | $180,949.60 |
| 06/17/2022 | 06/16/2022 | 81 | $0.00 | ($868.70) | $0.00 | $0.00 | $0.00 | ($868.70) | $181,032.96 |
| 05/31/2022 | 05/31/2022 | 101 | $0.00 | $0.00 | $837.71 | $75.33 | $30.00 | $943.04 | $181,901.66 |
| 05/24/2022 | 05/24/2022 | 92 | $0.00 | $20.00 | $0.00 | $0.00 | $0.00 | $20.00 | $180,958.62 |
| 05/06/2022 | 05/06/2022 | 91 | $0.00 | $788.70 | $0.00 | $0.00 | $0.00 | $788.70 | $180,938.62 |
| 04/29/2022 | 04/30/2022 | 101 | $0.00 | $0.00 | $830.30 | $74.66 | $30.00 | $934.96 | $180,149.92 |
| 04/19/2022 | 04/19/2022 | 92 | $0.00 | $20.00 | $0.00 | $0.00 | $0.00 | $20.00 | $179,214.96 |
| 03/31/2022 | 03/31/2022 | 101 | $0.00 | $0.00 | $825.88 | $74.26 | $30.00 | $930.14 | $179,194.96 |
| 03/24/2022 | 03/24/2022 | 92 | $0.00 | $20.00 | $0.00 | $0.00 | $0.00 | $20.00 | $178,264.82 |
| 02/28/2022 | 02/28/2022 | 101 | $0.00 | $0.00 | $822.69 | $73.98 | $30.00 | $926.67 | $178,244.82 |
| 02/23/2022 | 02/23/2022 | 92 | $0.00 | $20.00 | $0.00 | $0.00 | $0.00 | $20.00 | $177,318.15 |
| 02/15/2022 | 02/14/2022 | 80 | ($436.03) | $0.00 | $0.00 | $0.00 | $0.00 | ($436.03) | $177,298.15 |
| 02/15/2022 | 02/14/2022 | 81 | $0.00 | ($40.00) | $0.00 | $0.00 | $0.00 | ($40.00) | $177,734.18 |
| 02/15/2022 | 02/15/2022 | 281 | $0.00 | $476.03 | $0.00 | $0.00 | $0.00 | $476.03 | $177,774.18 |

# Balance History

Loan Number:
Investor Loan Number:
FHA Case Number:
Client Loan Number:

| Transaction Date | Effective Date | Transaction Code | Scheduled | Unscheduled | Interest | MIP | Servicing Fees | Trans Total | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|
| 02/15/2022 | 02/14/2022 | 81 | $0.00 | ($476.03) | $0.00 | $0.00 | $0.00 | ($476.03) | $177,298.15 |
| 01/31/2022 | 01/31/2022 | 101 | $0.00 | $0.00 | $819.36 | $73.68 | $30.00 | $923.04 | $177,774.18 |
| 01/19/2022 | 01/19/2022 | 92 | $0.00 | $20.00 | $0.00 | $0.00 | $0.00 | $20.00 | $176,851.14 |
| 12/31/2021 | 12/31/2021 | 101 | $0.00 | $0.00 | $817.96 | $73.56 | $30.00 | $921.52 | $176,831.14 |
| 12/20/2021 | 12/20/2021 | 92 | $0.00 | $20.00 | $0.00 | $0.00 | $0.00 | $20.00 | $175,909.62 |
| 12/17/2021 | 12/17/2021 | 80 | ($1,070.08) | $0.00 | $0.00 | $0.00 | $0.00 | ($1,070.08) | $175,889.62 |
| 12/17/2021 | 12/17/2021 | 81 | $0.00 | ($120.00) | $0.00 | $0.00 | $0.00 | ($120.00) | $176,959.70 |
| 11/30/2021 | 11/30/2021 | 101 | $0.00 | $0.00 | $816.16 | $73.40 | $30.00 | $919.56 | $177,079.70 |
| 11/17/2021 | 11/17/2021 | 92 | $0.00 | $20.00 | $0.00 | $0.00 | $0.00 | $20.00 | $176,160.14 |
| 10/29/2021 | 10/31/2021 | 101 | $0.00 | $0.00 | $811.84 | $73.01 | $30.00 | $914.85 | $176,140.14 |
| 10/12/2021 | 10/12/2021 | 92 | $0.00 | $20.00 | $0.00 | $0.00 | $0.00 | $20.00 | $175,225.29 |
| 09/30/2021 | 09/30/2021 | 101 | $0.00 | $0.00 | $807.47 | $72.62 | $30.00 | $910.09 | $175,205.29 |
| 09/22/2021 | 09/22/2021 | 92 | $0.00 | $20.00 | $0.00 | $0.00 | $0.00 | $20.00 | $174,295.20 |
| 09/09/2021 | 09/09/2021 | 92 | $0.00 | $20.00 | $0.00 | $0.00 | $0.00 | $20.00 | $174,275.20 |
| 08/31/2021 | 08/31/2021 | 101 | $0.00 | $0.00 | $803.18 | $72.23 | $30.00 | $905.41 | $174,255.20 |
| 07/30/2021 | 07/31/2021 | 101 | $0.00 | $0.00 | $798.93 | $71.84 | $30.00 | $900.77 | $173,349.79 |
| 07/27/2021 | 07/27/2021 | 92 | $0.00 | $20.00 | $0.00 | $0.00 | $0.00 | $20.00 | $172,449.02 |
| 06/30/2021 | 06/30/2021 | 101 | $0.00 | $0.00 | $795.74 | $71.56 | $30.00 | $897.30 | $172,429.02 |
| 06/25/2021 | 06/25/2021 | 92 | $0.00 | $20.00 | $0.00 | $0.00 | $0.00 | $20.00 | $171,531.72 |
| 06/15/2021 | 06/14/2021 | 80 | ($244.54) | $0.00 | $0.00 | $0.00 | $0.00 | ($244.54) | $171,511.72 |
| 06/15/2021 | 06/14/2021 | 81 | $0.00 | ($231.50) | $0.00 | $0.00 | $0.00 | ($231.50) | $171,756.26 |
| 05/28/2021 | 05/31/2021 | 101 | $0.00 | $0.00 | $793.26 | $71.33 | $30.00 | $894.59 | $171,987.76 |
| 05/20/2021 | 05/20/2021 | 92 | $0.00 | $20.00 | $0.00 | $0.00 | $0.00 | $20.00 | $171,093.17 |
| 05/19/2021 | 05/17/2021 | 81 | $0.00 | ($238.02) | $0.00 | $0.00 | $0.00 | ($238.02) | $171,073.17 |

# Balance History

**Loan Number:**
**Investor Loan Number:**
**FHA Case Number:**
**Client Loan Number:**

| Transaction Date | Effective Date | Transaction Code | Scheduled | Unscheduled | Interest | MIP | Servicing Fees | Trans Total | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|
| 04/30/2021 | 04/30/2021 | 101 | $0.00 | $0.00 | $790.25 | $71.06 | $30.00 | $891.31 | $171,311.19 |
| 04/22/2021 | 04/22/2021 | 92 | $0.00 | $20.00 | $0.00 | $0.00 | $0.00 | $20.00 | $170,419.88 |
| 04/20/2021 | 04/19/2021 | 81 | $0.00 | ($238.02) | $0.00 | $0.00 | $0.00 | ($238.02) | $170,399.88 |
| 03/31/2021 | 03/31/2021 | 101 | $0.00 | $0.00 | $786.84 | $70.76 | $30.00 | $887.60 | $170,637.90 |
| 03/26/2021 | 03/26/2021 | 92 | $0.00 | $20.00 | $0.00 | $0.00 | $0.00 | $20.00 | $169,750.30 |
| 03/15/2021 | 03/12/2021 | 81 | $0.00 | ($238.02) | $0.00 | $0.00 | $0.00 | ($238.02) | $169,730.30 |
| 03/04/2021 | 03/04/2021 | 92 | $0.00 | $20.00 | $0.00 | $0.00 | $0.00 | $20.00 | $169,968.32 |
| 02/26/2021 | 02/28/2021 | 101 | $0.00 | $0.00 | $783.16 | $70.43 | $30.00 | $883.59 | $169,948.32 |
| 02/09/2021 | 02/09/2021 | 95 | $0.00 | $100.00 | $0.00 | $0.00 | $0.00 | $100.00 | $169,064.73 |
| 01/29/2021 | 01/31/2021 | 101 | $0.00 | $0.00 | $780.05 | $70.15 | $30.00 | $880.20 | $168,964.73 |
| 01/20/2021 | 01/19/2021 | 81 | $0.00 | ($476.04) | $0.00 | $0.00 | $0.00 | ($476.04) | $168,084.53 |
| 01/20/2021 | 01/20/2021 | 92 | $0.00 | $20.00 | $0.00 | $0.00 | $0.00 | $20.00 | $168,560.57 |
| 01/05/2021 | 01/05/2021 | 92 | $0.00 | $20.00 | $0.00 | $0.00 | $0.00 | $20.00 | $168,540.57 |
| 12/31/2020 | 12/31/2020 | 101 | $0.00 | $0.00 | $775.80 | $69.77 | $30.00 | $875.57 | $168,520.57 |
| 12/08/2020 | 12/08/2020 | 95 | $0.00 | $850.00 | $0.00 | $0.00 | $0.00 | $850.00 | $167,645.00 |
| 12/02/2020 | 12/02/2020 | 92 | $0.00 | $20.00 | $0.00 | $0.00 | $0.00 | $20.00 | $166,795.00 |
| 11/30/2020 | 11/30/2020 | 101 | $0.00 | $0.00 | $767.96 | $69.06 | $30.00 | $867.02 | $166,775.00 |
| 11/23/2020 | 11/23/2020 | 90 | $0.00 | $39.25 | $0.00 | $0.00 | $0.00 | $39.25 | $165,907.98 |
| 11/23/2020 | 11/23/2020 | 90 | $0.00 | $333.83 | $0.00 | $0.00 | $0.00 | $333.83 | $165,868.73 |
| 11/17/2020 | 11/16/2020 | 80 | ($241.64) | $0.00 | $0.00 | $0.00 | $0.00 | ($241.64) | $165,534.90 |
| 11/03/2020 | 11/03/2020 | 92 | $0.00 | $20.00 | $0.00 | $0.00 | $0.00 | $20.00 | $165,776.54 |
| 10/30/2020 | 10/31/2020 | 101 | $0.00 | $0.00 | $769.23 | $69.17 | $30.00 | $868.40 | $165,756.54 |
| 10/21/2020 | 10/19/2020 | 80 | ($741.69) | $0.00 | $0.00 | $0.00 | $0.00 | ($741.69) | $164,888.14 |
| 10/21/2020 | 10/19/2020 | 80 | ($647.43) | $0.00 | $0.00 | $0.00 | $0.00 | ($647.43) | $165,629.83 |

# Balance History

Loan Number:
Investor Loan Number:
FHA Case Number:
Client Loan Number:

| Transaction Date | Effective Date | Transaction Code | Scheduled | Unscheduled | Interest | MIP | Servicing Fees | Trans Total | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|
| 10/21/2020 | 10/19/2020 | 80 | ($242.00) | $0.00 | $0.00 | $0.00 | $0.00 | ($242.00) | $166,277.26 |
| 10/20/2020 | 10/19/2020 | 80 | ($236.70) | $0.00 | $0.00 | $0.00 | $0.00 | ($236.70) | $166,519.26 |
| 09/30/2020 | 09/30/2020 | 101 | $0.00 | $0.00 | $770.48 | $69.29 | $30.00 | $869.77 | $166,755.96 |
| 09/17/2020 | 09/16/2020 | 80 | ($473.40) | $0.00 | $0.00 | $0.00 | $0.00 | ($473.40) | $165,886.19 |
| 09/08/2020 | 09/08/2020 | 81 | $0.00 | ($542.00) | $0.00 | $0.00 | $0.00 | ($542.00) | $166,359.59 |
| 08/31/2020 | 08/31/2020 | 101 | $0.00 | $0.00 | $769.28 | $69.18 | $30.00 | $868.46 | $166,901.59 |
| 07/31/2020 | 07/31/2020 | 101 | $0.00 | $0.00 | $765.73 | $68.86 | $30.00 | $864.59 | $166,033.13 |
| 07/14/2020 | 07/13/2020 | 81 | $0.00 | ($237.23) | $0.00 | $0.00 | $0.00 | ($237.23) | $165,168.54 |
| 06/30/2020 | 06/30/2020 | 101 | $0.00 | $0.00 | $761.81 | $68.50 | $30.00 | $860.31 | $165,405.77 |
| 06/16/2020 | 06/15/2020 | 81 | $0.00 | ($237.23) | $0.00 | $0.00 | $0.00 | ($237.23) | $164,545.46 |
| 06/05/2020 | 06/05/2020 | 90 | $0.00 | $647.43 | $0.00 | $0.00 | $0.00 | $647.43 | $164,782.69 |
| 06/05/2020 | 06/05/2020 | 90 | $0.00 | $741.69 | $0.00 | $0.00 | $0.00 | $741.69 | $164,135.26 |
| 05/29/2020 | 05/31/2020 | 101 | $0.00 | $0.00 | $754.68 | $67.86 | $30.00 | $852.54 | $163,393.57 |
| 05/15/2020 | 05/15/2020 | 80 | ($717.73) | $0.00 | $0.00 | $0.00 | $0.00 | ($717.73) | $162,541.03 |
| 04/30/2020 | 04/30/2020 | 101 | $0.00 | $0.00 | $753.24 | $67.74 | $30.00 | $850.98 | $163,258.76 |
| 04/21/2020 | 04/20/2020 | 80 | ($243.27) | $0.00 | $0.00 | $0.00 | $0.00 | ($243.27) | $162,407.78 |
| 03/31/2020 | 03/31/2020 | 101 | $0.00 | $0.00 | $749.69 | $67.42 | $30.00 | $847.11 | $162,651.05 |
| 02/28/2020 | 02/29/2020 | 101 | $0.00 | $0.00 | $742.77 | $66.79 | $30.00 | $839.56 | $161,803.94 |
| 02/24/2020 | 02/24/2020 | 91 | $0.00 | $784.00 | $0.00 | $0.00 | $0.00 | $784.00 | $160,964.38 |
| 01/31/2020 | 01/31/2020 | 101 | $0.00 | $0.00 | $657.71 | $66.52 | $30.00 | $754.23 | $160,180.38 |
| 01/31/2020 | 01/31/2020 | 105 | ($3.27) | $0.00 | $0.00 | $0.00 | $0.00 | ($3.27) | $159,426.15 |
| 01/22/2020 | 01/14/2020 | 81 | $0.00 | ($320.05) | $0.00 | $0.00 | $0.00 | ($320.05) | $159,429.42 |
| 01/17/2020 | 01/17/2020 | 95 | $0.00 | $75.00 | $0.00 | $0.00 | $0.00 | $75.00 | $159,749.47 |
| 12/31/2019 | 12/31/2019 | 101 | $0.00 | $0.00 | $738.01 | $66.37 | $30.00 | $834.38 | $159,674.47 |

## Balance History

Loan Number:
Investor Loan Number:
FHA Case Number:
Client Loan Number:

| Transaction Date | Effective Date | Transaction Code | Scheduled | Unscheduled | Interest | MIP | Servicing Fees | Trans Total | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|
| 12/20/2019 | 12/19/2019 | 81 | $0.00 | ($729.82) | $0.00 | $0.00 | $0.00 | ($729.82) | $158,840.09 |
| 11/29/2019 | 11/30/2019 | 101 | $0.00 | $0.00 | $1,123.49 | $66.05 | $30.00 | $830.50 | $159,569.91 |
| 11/21/2019 | 11/20/2019 | 81 | $0.00 | ($243.27) | $0.00 | $0.00 | $0.00 | ($243.27) | $158,739.41 |
| 11/05/2019 | 11/05/2019 | 105 | $389.04 | $0.00 | $0.00 | $0.00 | $0.00 | $389.04 | $158,982.68 |
| 10/31/2019 | 10/31/2019 | 101 | $0.00 | $0.00 | $424.91 | $65.82 | $30.00 | $524.00 | $158,593.64 |
| 10/03/2019 | 10/01/2019 | 105 | $7,850.32 | $0.00 | $0.00 | $0.00 | $0.00 | $7,850.32 | $158,069.64 |
| 10/03/2019 | 10/01/2019 | 100 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $150,219.32 |
| | Totals | | $2,858.22 | $64.20 | $28,428.59 | $2,556.47 | $1,080.00 | $34,601.71 | |